**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) **16-32617**

☑ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

**1.1.**

**9950 League Line Road**
**Conroe, TX**

**Parcel 1--2.01 Ac.**
**2.01ac in Conroe, Montgomery County, TX, fronting road identified as Parcel 1 and contiguous to Parcel 2 This is a part of Debtor's homestead.**

**Montgomery**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $800,000.00 | $340,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**fee simple**

☑ **Check if this is community property**
(see instructions)

Other information you wish to add about this item, such as local property identification number:   **Parcel 1**

Debtor 1   **Herman**          **E.**          **Hoffman, Jr.**          Case number (if known)  **16-32617**
          First Name        Middle Name        Last Name

**1.2.**

**9950 League Line Road**
**Conroe, TX**

**12.9 ac. contiguous to Parcel 1**
**12.9 ac.pasture, crop ground in**
**Montgomery County, Texas outside**
**City of limits of Conroe, Texas.This a**
**portion of Debtor's homestead. (**
**approx.$35,660 per acre) Tax ID**
**R39728.01)**

**Montgomery**
County

| What is the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|

Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Current value of the entire property?**     **Current value of the portion you own?**

          **$800,000.00**                    **$460,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**fee simple**

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**   **Parcel 3**

**2.**   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................➔ | **$800,000.00** |

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.**   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1.**
Make:          **International Truck**
Model:         _____
Year:          **1985**
Approximate mileage: **66,000**

Other information:
**1985 International Truck VIN**
**1HTKUGR7HA59176**
**This is Arkansas Title.**
**Note 1 Southern Bancorp Bank**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

          **$10,000.00**                    **$10,000.00**

**3.2.**
Make:          **Peterbilt**
Model:         **330TM**
Year:          **2005**
Approximate mileage: _____

Other information:
**2005 Peterbilt 330TM**
**This asset is held by Mavin & Sons in**
**Arkansas**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **Current value of the portion you own?**

          **$50,000.00**                    **$50,000.00**

Debtor 1  **Herman**          **E.**          **Hoffman, Jr.**          Case number (if known)  **16-32617**
          First Name        Middle Name        Last Name

| 3.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mac Cotton Module** | ☑ Debtor 1 only | |
| Model: | | ☐ Debtor 2 only | |
| Year: | **1981** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $5,000.00 / $5,000.00 |
| Other information: | | | |
| **1981 Mac Cotton Module** **This asset is held by Ray Chisom** | | ☑ Check if this is community property (see instructions) | |

| 3.4. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **John Deere** | ☑ Debtor 1 only | |
| Model: | **4240 Tractor** | ☐ Debtor 2 only | |
| Year: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $2,500.00 / $2,500.00 |
| Other information: | | | |
| **John Deere 4240 Tractor** | | ☑ Check if this is community property (see instructions) | |

| 3.5. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **John Deere** | ☑ Debtor 1 only | |
| Model: | **4255 Tractor** | ☐ Debtor 2 only | |
| Year: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $7,500.00 / $7,500.00 |
| Other information: | | | |
| **John Deere 4255 Tractor** | | ☑ Check if this is community property (see instructions) | |

| 3.6. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mac Cotton Module** | ☑ Debtor 1 only | |
| Model: | | ☐ Debtor 2 only | |
| Year: | **1980** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $5,000.00 / $5,000.00 |
| Other information: | | | |
| **1980 Mac Cotton Module truck** | | ☑ Check if this is community property (see instructions) | |

| 3.7. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mac Cotton Module** | ☑ Debtor 1 only | |
| Model: | | ☐ Debtor 2 only | |
| Year: | **1981** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $5,000.00 / $5,000.00 |
| Other information: | | | |
| **1981 Mac Cotton Module Truck** | | ☑ Check if this is community property (see instructions) | |

| 3.8. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Freightliner** | ☑ Debtor 1 only | |
| Model: | | ☐ Debtor 2 only | |
| Year: | **1996** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ At least one of the debtors and another | $7,500.00 / $7,500.00 |
| Other information: | | | |
| **1996 Freightliner** **This property is held by Ray Chisom** | | ☑ Check if this is community property (see instructions) | |

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**3.9.**

| | | Who has an interest in the property? | Do not deduct secured claims or exemptions.  Put the |
|---|---|---|---|

Make: **Freightliner**

Model:

Year: **1996**

Approximate mileage:

Other information:

**1996 Freightliner**
**This property is held by Ray Chisom**

**Who has an interest in the property?**
Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$7,500.00** | **$7,500.00** |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, watercraft, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here......................................................... ➔

**$100,000.00**

---

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes.  Describe..... **Living room--couch, 2 love seats, coffee table  $500.00**
**Kitchen--microwave, dishes, utensils, silverware $250.00**
**Family Room--table, chairs, lamps, love seats, china hutch $1250.00**
**Bedroom 1--bed, 2 dressers, chair  $1000.00**
**Bedroom 2--bed  $100.00**
**Bedroom 3--bed, end table, dresser  $1000.00**
**Bedroom 4--table, chair, 2 pole lights $200.00**
**Office-2 filing cabinets, table, 2 chairs, computer stand  $600.00**
**Bathroom 1--chair $15.00**
**Bathroom 2--stand light $5.00**
**Bathroom 1/2--book rack $5.00**
**Laundry Room--washer, dryer--$200.00**

**$6,525.00**

**7.** **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ☑ Yes.  Describe.....  **Television, CD player, Tower Computer,  2 Laptops, 2 printers**

**$750.00**

**8.** **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ☑ No
- ☐ Yes.  Describe.....

**9.** **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ☑ No
- ☐ Yes.  Describe.....

Debtor 1    **Herman**          **E.**          **Hoffman, Jr.**          Case number (if known)   **16-32617**

First Name        Middle Name        Last Name

**10.  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes.  Describe.....
_____

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe.....   **Men's clothing  $1000.00**                                **$1,000.00**

**12.  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....   **wedding ring, timex watch, Texas Instrument Digital watch**          **$1,000.00**

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes.  Describe.....   **Dauchshund, Calico-colored cat**                              **$50.00**

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes.  Give specific
information.............   **walker, breathalyzer, miscellaneous**                       **$100.00**

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.........................................................................** →   **$9,425.00**

### Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................  Cash: .........................   **$220.00**

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................          Institution name:

17.1.    Checking account:        **Checking account Wells Fargo dba Hoffman and Associates**          **$50.00**

17.2.    Checking account:        **Checking account Herman Hoffman dba Premium Star--Post Oak Bank**          **$25.00**

17.3.    Checking account:        **Checking account Herman Hoffman dba Hoffman and Associates  Post Oak Bank**          **$50.00**

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...........................          Institution or issuer name:

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them......................... Name of entity:                                     % of ownership:

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them......................... Issuer name:

**21.** **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.      Type of account:      Institution name:

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................... Institution name or individual:

**23.** **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes........................... Issuer name and description:

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes........................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them                                     _____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them                                     _____

**27.** **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them                                     _____

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

| Federal: | $0.00 |
|---|---|
| State: | $0.00 |
| Local: | $0.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| Alimony: | $0.00 |
|---|---|
| Maintenance: | $0.00 |
| Support: | $0.00 |
| Divorce settlement: | $0.00 |
| Property settlement: | $0.00 |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **$200,000 face value term insurance policy by Transamerica Insurance.** | **Kathleen E. Hoffman** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim........    **Claims and potential claims against (1) Entergy Texas, Inc., LGI, Inc., ChemWeed  (2) Houston SPCA, Montgomery County District Attorney, J.J. Hill, (3) Southern Bancorp, Bank  (4) Ray Chisom, (5) Cary Moser, (6) John Kraemer, (7) Bruce Minders, (8)Buddy and Kelly Mavin (9) American Quarter Horse Association, (10) Mayville & Sons Diesel Repair.**    **Unknown**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

Debtor 1   **Herman**          **E.**          **Hoffman, Jr.**          Case number (if known)   **16-32617**
  First Name        Middle Name          Last Name

35. **Any financial assets you did not already list**

☐ No
☑ Yes.  Give specific information   **estimated $75,000.00 and any additional funds converted by**          **$75,000.00**
                                     **Bruce Meinders from proceeds of crop sales.**

                                     **It is held by Bruce Meinders.**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have**
    **attached for Part 4. Write that number here**.................................................................................➔   **$75,345.00**

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                                                    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
    desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                                                    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                                    _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                                                    _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe.....                                                                               _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have**
    **attached for Part 5. Write that number here**.................................................................................➔   **$0.00**

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.
☑ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☑ Yes....  **See continuation page(s).**  $1,764,500.00

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes....  **See continuation page(s).**  $162,750.00

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☑ Yes....  **forage for horses and cattle.**  $500.00

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☑ Yes.  Give specific information................  **See continuation page(s).**  $327,500.00

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here........................................................................** ➜  $2,255,250.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➜  $0.00

Debtor 1     **Herman**            **E.**              **Hoffman, Jr.**                    Case number (if known)   **16-32617**
             First Name            Middle Name         Last Name

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55.** **Part 1: Total real estate, line 2**.............................................................................................................➔     $800,000.00

**56.** **Part 2: Total vehicles, line 5**                                    $100,000.00

**57.** **Part 3: Total personal and household items, line 15**              $9,425.00

**58.** **Part 4: Total financial assets, line 36**                          $75,345.00

**59.** **Part 5: Total business-related property, line 45**                 $0.00

**60.** **Part 6: Total farm- and fishing-related property, line 52**        $2,255,250.00

**61.** **Part 7: Total other property not listed, line 54**           +     $0.00

**62.** **Total personal property.**    Add lines 56 through 61................    $2,440,020.00     Copy personal property total  ➔  +     $2,440,020.00

**63.** **Total of all property on Schedule A/B.**    Add line 55 + line 62..............................................................     $3,240,020.00

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**47.** Farm animals (details):

5 quarterhorses held by Leslie Mabin.
Tw $120,000.00

206 head of Registered Quarterhorses (AQHA and APHA) $1,547,000.00

These animals were converted by the ASPCA under color of law. They have an estimated value
of $1,547,000.00

1 Registered Ayshire dairy cow named Aero. $30,000.00

This animal is held by Cary Moser

one registered Holstein dairy cow named Mylin. $5,000.00

This animal is held by Cary Moser.

1 registered Holstein dairy cow named Chancee $10,000.00

This animal is held by Cary Moser.

1 registered Holstein dairy cow named Lookie Me. $10,500.00

This animal is held by Cary Moser.

1 registered Holstein dairy cow named Reba $12,000.00

This animal is held by Cary Moser

1 Registered Holstein dairy cow named Alyiah. $15,000.00

This animal is held by Cary Moser.

1 Registered Holstein dairy cow named Tara $15,000.00

This animal is held by Cary Moser.

**49.** Farm and fishing equipment, implements, machinery, fixtures, and tools of trade (details):

Bulk milk self-contained 125 gallon homogenizer $5,000.00

vacuum tanks and lines $750.00 $750.00

All in possession of Ray Chisom in Arkansas

Mueller AT200DF-20 Plate Cooler Heat Exchanger plus Wash Pump and Motor  $7000.00 $7,000.00

This property is held by Bruce Meinders in Iowa

bulk milk cooler 150 gallon with compressor $8,000.00
This asset is held by Bruce Meinders

located at Conroe, TX

Cans(jars), milk parlor equipment $6,000.00
held by Ray Chisom in Arkansas

Double 6 Milk Parlor, stands, accessories $8,000.00
These assets are in the custody of Ray Chisom in Arkansas

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| **Bulk Milk Cooler, Compressor, and washer**<br>**This equipment is held by Ray Chisom in Arkansas** | **$8,000.00** |
| **Dari Kool 150 Gal. Ice Bank Cream Tank with slow agitator**<br>**This is held by Bruce Minders in Iowa** | **$2,500.00** |
| **Bottle filler Unit (Federal Model 1529GWS/124R9060 12 valve filler and capper with accumulation table, debagging table, conveyor track filler ( CIP able) and Groen 220 gal Billance tankand ball for CIP, stand and chairs** | **$35,000.00** |
| **Girton Model IBC Bank Tank, cooler, compressor with motor.**<br>**This asset is held by Bruce Meinder** | **$20,000.00** |
| **2-300 gallon pasteurizers**<br>**These assets are held by Bruce Meinders** | **$25,000.00** |
| **2-ice cream freezers** | **$5,000.00** |
| **homogenizer** | **$2,500.00** |
| **2 stainless steel 200 gallon tanks** | **$5,000.00** |
| **Blend Tanks and fillers** | **$3,500.00** |
| **100 gallon cheeze vat** | **$4,500.00** |
| **3 freezers** | **$600.00** |
| **4 refrigerators** | **$800.00** |
| **2 display coolers** | **$600.00** |
| **Pasteurizer cheeze vat 100 gal.**<br>**This asset is held by Bruce Meinders** | **$15,000.00** |

51. **Any farm- and commercial fishing-related property you did not already list (details):**

| | |
|---|---|
| **Restated registration papers for 210 quarterhorses** | **$247,500.00** |
| **Progeny of 7 dairy cows and embryos they produced stored in AI tank.** | **$80,000.00** |

**These are held by Cary Moser.**

**Fill in this information to identify your case:**

Debtor 1      **Herman**            **E.**              **Hoffman, Jr.**
              First Name           Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name         Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-32617**
(if known)

☑ Check if this is an
amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1.  **Which set of exemptions are you claiming?**        *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Parcel 1--2.01 Ac.**<br>**2.01ac in Conroe, Montgomery County, TX, fronting road identified as Parcel 1 and contiguous to Parcel 2 This is a part of Debtor's homestead.**<br>**Parcel: Parcel 1**<br>Line from *Schedule A/B*: __1.1__ | $340,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**12.9 ac. contiguous to Parcel 1**<br>**12.9 ac.pasture, crop ground in**<br>**Montgomery County, Texas outside City of**<br>**limits of Conroe, Texas.This a portion of**<br>**Debtor's homestead. ( approx.$35,660 per**<br>**acre) Tax ID R39728.01)**<br>**Parcel: Parcel 3**<br>Line from *Schedule A/B*:   **1.2** | $460,000.00 | ☑ $90,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**John Deere 4240 Tractor**<br>Line from *Schedule A/B*:   **3.4** | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |
| Brief description:<br>**John Deere 4255 Tractor**<br>Line from *Schedule A/B*:   **3.5** | $7,500.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |
| Brief description:<br>**Living room--couch, 2 love seats, coffee table  $500.00**<br>**Kitchen--microwave, dishes, utensils, silverware $250.00**<br>**Family Room--table, chairs, lamps, love seats, china hutch $1250.00**<br>**Bedroom 1--bed, 2 dressers, chair $1000.00**<br>**Bedroom 2--bed  $100.00**<br>**Bedroom 3--bed, end table, dresser $1000.00**<br>**Bedroom 4--table, chair, 2 pole lights $200.00**<br>**Office-2 filing cabinets, table, 2 chairs, computer stand  $600.00**<br>**Bathroom 1--chair $15.00**<br>**Bathroom 2--stand light $5.00**<br>**Bathroom 1/2--book rack $5.00**<br>**Laundry Room--washer, dryer--$200.00**<br>Line from *Schedule A/B*:   **6** | $6,525.00 | ☑ $6,525.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Television, CD player, Tower Computer,  2 Laptops, 2 printers**<br>Line from *Schedule A/B*:   **7** | $750.00 | ☑ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1   **Herman**         **E.**              **Hoffman, Jr.**         Case number (if known)   **16-32617**
_____    _____    _____
First Name       Middle Name      Last Name

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Men's clothing  $1000.00**<br><br>Line from *Schedule A/B*: __11__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**wedding ring, timex watch, Texas Instrument Digital watch**<br>Line from *Schedule A/B*: __12__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description:<br>**Dauchshund, Calico-colored cat**<br><br>Line from *Schedule A/B*: __13__ | **$50.00** | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**walker, breathalyzer, miscellaneous**<br><br>Line from *Schedule A/B*: __14__ | **$100.00** | ☑ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(2)** |
| Brief description:<br>**$200,000 face value term insurance policy by Transamerica Insurance.**<br>Line from *Schedule A/B*: __31__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**1 Registered Ayshire dairy cow named Aero.**<br><br>**This animal is held by Cary Moser**<br>Line from *Schedule A/B*: __47__ | **$30,000.00** | ☑ **$30,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**one registered Holstein dairy cow named Mylin.**<br><br>**This animal is held by Cary Moser.**<br>Line from *Schedule A/B*: __47__ | **$5,000.00** | ☑ **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**1 registered Holstein dairy cow named Chancee**<br><br>**This animal is held by Cary Moser.**<br>Line from *Schedule A/B*: __47__ | **$10,000.00** | ☑ **$10,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |

Debtor 1    **Herman**          **E.**              **Hoffman, Jr.**          Case number (if known)   **16-32617**
           First Name          Middle Name          Last Name

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1 registered Holstein dairy cow named Lookie Me.**<br><br>**This animal is held by Cary Moser.**<br>Line from *Schedule A/B*: __47__ | **$10,500.00** | ☑ **$10,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**1 registered Holstein dairy cow named Reba**<br><br>**This animal is held by Cary Moser**<br>Line from *Schedule A/B*: __47__ | **$12,000.00** | ☑ **$12,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**1 Registered Holstein dairy cow named Alyiah.**<br><br>**This animal is held by Cary Moser.**<br>Line from *Schedule A/B*: __47__ | **$15,000.00** | ☑ **$13,175.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**1 Registered Holstein dairy cow named Tara**<br><br>**This animal is held by Cary Moser.**<br>Line from *Schedule A/B*: __47__ | **$15,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**2-ice cream freezers**<br><br>Line from *Schedule A/B*: __49__ | **$5,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**2 display coolers**<br><br>Line from *Schedule A/B*: __49__ | **$600.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |
| Brief description:<br>**forage for horses and cattle.**<br><br>Line from *Schedule A/B*: __50__ | **$500.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |

**Fill in this information to identify your case:**

| Debtor 1 | __Herman__ | __E.__ | __Hoffman, Jr.__ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number __16-32617__
(if known)

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**Community Bank of Texas, NA**
Creditor's name
**1415 Louisiana, 4th Floor**
Number   Street
**Houston, TX 77002**

**5773 Woodway #184**

City                    State   ZIP Code

**Describe the property that secures the claim:**

**Equipment**

| Column A | Column B | Column C |
|---|---|---|
| $296,618.42 | $157,150.00 | $139,468.42 |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number   __3__ __0__ __9__ __2__

**poc filed**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $296,618.42 |
|---|

Debtor 1  **Herman**          **E.**          **Hoffman, Jr.**          Case number (if known)  **16-32617**
First Name          Middle Name          Last Name

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Kildare LLC**
Creditor's name
**12500 Dunlap Street**
Number     Street
**c/of Leasing Office**

Describe the property that secures the claim:

**2nd lien deed of trust on Parcel 2**

$100,000.00          $460,000.00

**Houston**          **TX**   **77038**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **2nd lien deed of trust**

Last 4 digits of account number ___ ___ ___ ___

**This is a second lien Deed of Trust on Parcel 2.**

**2.3**

**SCC Realty Company**
Creditor's name
**1330 Blue Bell**
Number     Street

Describe the property that secures the claim:

**9950 League Line Road**

$610,000.00          $800,000.00

**Houston**          **TX**   **77038**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Deed of Trust**

Last 4 digits of account number ___ ___ ___ ___

**This Deed of Trust provides a first lien on Parcels 1 and 2.**

Add the dollar value of your entries in Column A on this page. Write that number here:          **$710,000.00**

Debtor 1    **Herman**     **E.**     **Hoffman, Jr.**     Case number (if known)   __16-32617__

    First Name        Middle Name       Last Name

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|

| 2.4 | | Describe the property that secures the claim: | $90,555.76 | $90,000.00 | $555.76 |

**Southern Bancorp Bank Note 1**
Creditor's name
**Plaza Street Office**
Number    Street
**426 Plaza**

**2005 Peterbilt 330 TM VIN 2NPLKD9XX5M845347 This i**

**Helena-West Helen AR   72390**
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.**   Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Security Agreement**

**Last 4 digits of account number**   ___ ___ ___ ___

**Note 1--secured by equipment. All this equipment is held by Ray Chisom.**

Add the dollar value of your entries in Column A on this page.  Write that number here:     | $90,555.76 |

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:     | $1,097,174.18 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16-32617** | | |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

Debtor 1 **Herman**          **E.**              **Hoffman, Jr.**          Case number (if known) **16-32617**
First Name          Middle Name          Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with you other schedules.
☒ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

**Accelerated Genetics**
Nonpriority Creditor's Name
**E10890 Penny Lane**
Number     Street

**Baraboo          WI     53913-9408**
City                  State     ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$10,303.22**

**Last 4 digits of account number**   7   3   4   3
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Purchase Money**

**feed, calf hutches, accessories not delivered to Debtor.$25,000 in product. All but $10303.22 paid for.**
**poc filed**

**4.2**

**Ayrshire Breeders's Association of Canad**
Nonpriority Creditor's Name
**4865 boul.LaurierOuest.StHyacinth**
Number     Street
**Quebec, Canada J2S JV4**

City                  State     ZIP Code
**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$9,042.69**

**Last 4 digits of account number**   __  __  __  __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
   **Purchase of cow**

**purchase of diseased cow with ringworm and warts.**
**dispute value**

Debtor 1   **Herman**          **E.**              **Hoffman, Jr.**              Case number (if known)   **16-32617**
           First Name         Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

<div style="text-align:right">**Total claim**</div>

### 4.3

<div style="text-align:right">**$30,000.00**</div>

**Bank of Galesville**
Nonpriority Creditor's Name
**16893 South Main Street**
Number        Street

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Galesville**          **WI**    **54630**
City                   State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **judgment**

**guaranty of debt of Tom Schaeffer for feed for cattle**

### 4.4

<div style="text-align:right">**$158.03**</div>

**CenterPoint Energy**
Nonpriority Creditor's Name
**P.O.Box 2628**
Number        Street

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Houston**          **TX**    **77252-2628**
City                 State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Fuel purchase**

**use of stolen identity of Debtor for fuel purchase**

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

<table>
<tr><td>

**4.5**

**Centerville Steel Works LLC**
Nonpriority Creditor's Name
**N15936 State Road 35**
Number        Street



**Tempealeau**        **WI**    **54661**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td>

**Total claim**

**$2,621.71**

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**    6/15/2012

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **repairs and other services**

</td></tr>
</table>

<table>
<tr><td>

**4.6**

**Cereal Byproducts Company**
Nonpriority Creditor's Name
**55 East Euclip Avenue**
Number        Street
**Suite 410**



**Mt. Prospect**       **IL**    **60056**
City                 State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td>

**$10,672.74**

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**    11/30/2012

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Purchase Money**

</td></tr>
</table>

**reneged on negotiated and agreed settlement**

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.7**

**Total claim** **$7,540.00**

**Chris Hall**
Nonpriority Creditor's Name
**Custom Hay Bailing Services**
Number      Street
**28003 Sapphire Court**

**Magnolia**            **TX**    **77355**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**hay bailing services**

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  **7/30/2016**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Services**

**4.8**

**Total claim** **$3,753.15**

**COBA/Select Sires, Inc.**
Nonpriority Creditor's Name
**1224 Alton Darby Creek Road**
Number      Street

**Columbus**           **OH**    **43328**
City                     State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**purchase semen---not received by debtor**

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  **7/31/2012**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Purchase Money**

Debtor 1     **Herman**              **E.**                **Hoffman, Jr.**              Case number (if known)   **16-32617**
     First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.9 | | **$245,000.00** |
| --- | --- | --- |

**Community Bank of Texas**
Nonpriority Creditor's Name
**c/o Eric Gould**
Number        Street
**Law Office of Eric Gould**

**5773 Woodway #184**

**Houston**                    **TX**      **77057**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**    **1/11/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Judgment**

**Judgment was entered on 1/11/2016 in cause no. 2015-24947 in the 113th District Court of Harris County, Texas for $245,000 plus interest and attorneys fees.This involves the surrender of the assets pledged to the bank.**

| 4.10 | | **$8,920.00** |
| --- | --- | --- |

**Daniel Feuhs**
Nonpriority Creditor's Name
**2194 Brackett Lane**
Number        Street

**Normangee**                  **TX**      **77871**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Purchase Hay**

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

### 4.11

| | **$480.87** |

**East Centrals/Select Sires Cooperative**
Nonpriority Creditor's Name
**P.O.Box 191**
Number        Street

_____

**Waupun**                    **WI**    **53963-0191**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Purchase of Semen--not delivered to Debtor poc filed**

Last 4 digits of account number    **3**  **5**  **0**  **5**
When was the debt incurred?    **1/31/2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Purchase Money**

### 4.12

| | **$32,585.00** |

**Larry Majewski**
Nonpriority Creditor's Name
**101 South Creek Drive**
Number        Street

_____

**Bellville**                    **TX**    **77418**
City                                State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Purchase Money**

**hay delivered for Calico Dairy, LLC to feed cattle, to Kathleen Hoffman for goats, and to  Herman Hoffman for horses.**

Debtor 1   **Herman**          **E.**          **Hoffman, Jr.**          Case number (if known)  **16-32617**
           First Name          Middle Name     Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.13**

| | $976.25 |
|---|---|

**Larry Spaans Trucking**
Nonpriority Creditor's Name
**3409 Elmwood Avenue**
Number     Street

_____

**Rock Valley          IA      51247**
City                   State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **09/21/2012**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Transportation of cattle**

**4.14**

| | $92,847.18 |
|---|---|

**Northside Elevator Cooperative**
Nonpriority Creditor's Name
**227 E. Spring Street**
Number     Street
**P.O.Box 159**

_____

**Loyal               WI      54446**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **05/31/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Feed purchase**

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**   **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

| 4.15 | | **$15,000.00** |

**Post Oak Bank**
Nonpriority Creditor's Name
**2200 Post Oak Blvd**
Number     Street

**Houston**             **TX**     **77056**
City                   State     ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**This debt is collateralized by property owned by another.**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **business loan**

| 4.16 | | **$260,656.11** |

**Trans Ova Genetics L.C**
Nonpriority Creditor's Name
**c/o Joel Vos, Heidmena Law Firm**
Number     Street
**1128 Historic Fourth Street**

**P.O. Box 3086**

**Sioux City**           **IA**     **51101**
City                   State     ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**poc filed**

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** **04/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **judgment**

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.17**

**$1,058.18**

**Veterinary Medical Teaching Hospital**
Nonpriority Creditor's Name
**2015 Linden, Drive**
Number       Street

**Madison**                  **WI    53706**
City                                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**  ___  ___  ___  ___
**When was the debt incurred?**  **4/8/2013**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Services**

---

**4.18**

**$291.81**

**Wells Fargo Bnaik, N.A.**
Nonpriority Creditor's Name
**P.O. Box 10438**
Number       Street

**Des MOnes**                **IA    50306-0438**
City                                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**poc filed**

**Last 4 digits of account number**  **5**  **8**  **6**  **8**
**When was the debt incurred?**  **1998**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Non-Purchase Money**

---

Debtor 1    **Herman**      **E.**       **Hoffman, Jr.**       Case number (if known)   **16-32617**

        First Name          Middle Name          Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

| 4.19 | |
|---|---|

| | **$2,070.03** |
|---|---|

**Wisconsin Holstein Assn. Inc.**
Nonpriority Creditor's Name
**902 Eight Avenue**
Number     Street

_____

_____

**Baraboo**       **WI**    **53913**
City            State    ZIP Code

**Who incurred the debt?**    Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   **11/30/2012**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
       **Advertising**

---

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5.    Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Law Office of Eric Gould**
Name
**5773 Woodway, # 184**
Number     Street
**Houston, Teas 77057**

City                          State        ZIP Code
**Notice of Appearance Filed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*
**Atty for Community**       ☐ Part 1: Creditors with Priority Unsecured Claims
**Bank of Texas, N.A.**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Richard W Aurich Jr.**
Name
**9660 Hillcroft, Ste 430**
Number     Street

**Houston**            **TX**    **77096**
City                          State        ZIP Code
**Notice of Appearance Filed**

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  *(Check one):*
**Request for Service**       ☐ Part 1: Creditors with Priority Unsecured Claims
**Attorney for Trustee**       ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

Debtor 1    **Herman**      **E.**      **Hoffman, Jr.**      Case number (if known)   **16-32617**

          First Name         Middle Name         Last Name

---

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
| --- | --- |

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

                                                                  **Total claim**

**Total claims from Part 1**

| 6a. | **Domestic support obligations** | 6a. | $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |
| 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $0.00 |

                                                                  **Total claim**

**Total claims from Part 2**

| 6f. | **Student loans** | 6f. | $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $733,976.97 |
| 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $733,976.97 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **16-32617** | | |

☑ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, **2015** )<br>YYYY | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, **2014** )<br>YYYY | ☐ Wages, commissions, bonuses, tips | _____ | ☐ Wages, commissions, bonuses, tips | _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:  List Certain Payments You Made Before You Filed for Bankruptcy

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bucky I, LLC v. Herman E. Hoffman, Jr.** | **Suit on promissory note** | **284th District Court, Montgomery, Coun**<br>Court Name | ☐ Pending |
| | | | ☐ On appeal |
| | | Number     Street | ☑ Concluded |
| Case number **14-09-09941** | | **Conroe**          **TX**<br>City                    State    ZIP Code | |

Debtor 1    **Herman**      **E.**      **Hoffman, Jr.**      Case number (if known)    **16-32617**
<br>First Name      Middle Name      Last Name

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Trans Ova Genetics LC v. Herman Hoffman and dba Premium Star** | **Suit for embryo collection, fertilization, storage and transfer srvices** | **Third District Court of Iowa**<br>Court Name<br><br>Number   Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number   **LACV024567** | | **Orange City**     **IA**<br>City      State    ZIP Code | |
| **Faulkner v. Hoffman** | **return of capital on investment in cattle** | **284 District Court, Montgomery County,**<br>Court Name<br><br>Number   Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number   **13-03-02307-CV** | | **Conroe**     **TX**<br>City      State    ZIP Code | |
| **Premier Cooperative v. Hoffman** | **suit on recovery of feed costs for cattle** | **Circuit Court, Dane County, Wisconsin**<br>Court Name<br><br>Number   Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number   **13-CV-3135** | |      **WI**<br>City      State    ZIP Code | |
| **Northside Elevator v. Hoffman** | **Suit on feed purchase** | **Circuit Court, Clark County, WI**<br>Court Name<br><br>Number   Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case number   **13-CV-63** | |      **WI**<br>City      State    ZIP Code | |
| **Beard Veterinary Clinic, PC v. Herman Hoffman** | **Suit for veterinary services** | **Small Claims Court**<br>Court Name<br>**John LeFlore,**<br>Number   Street<br>**Justice Court, Pct 3, Grimes County, TX** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number   **2015-81C** | | **Navasota**     **TX**     **77868**<br>City      State    ZIP Code | |

Debtor 1    **Herman**          **E.**              **Hoffman, Jr.**              Case number (if known)   **16-32617**
            First Name          Middle Name         Last Name

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Part 6: | List Certain Losses |
|---------|---------------------|

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Part 7: | List Certain Payments or Transfers |
|---------|------------------------------------|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Whittle Law Firm, PLLC** <br> Person Who Was Paid <br><br> **308 Atrium Plaza I** <br> Number     Street <br><br> **5151 Flynn Parkway** <br><br> **Corpus Christi**       **TX**     **78411** <br> City                  State    ZIP Code <br><br> **w.whittle@whittlelawfirm.com** <br> Email or website address <br><br> **CCO Farmingand Land LLC** <br> Person Who Made the Payment, if Not You | $3000 in legal fee retainer for Bk itself, $300.00 cost retainer, $1000 retainer for adversaries to be filed. | **May 19, 2016** | **$4,300.00** |

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes.  Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes.  Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No
☐ Yes.  Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **family farmer** | Describe the nature of the business **farming** | Employer Identification number Do not include Social Security number or ITIN. |
| Business Name | | |
| **9950 League Line Road** | Name of accountant or bookkeeper | EIN:  ___ ___  –  ___ ___ ___ ___ ___ ___ ___ |
| Number       Street | **Judy Wubbenhorst** | |
| **Conroe, TX** | | Dates business existed |
| | | From  _____   To  _____ |
| City                          State    ZIP Code | | |

| Debtor 1 | **Herman** | **E.** | **Hoffman, Jr.** | Case number (if known) | **16-32617** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Herman E. Hoffman, Jr.**                     X _____
   Herman E. Hoffman, Jr., Debtor 1                          Signature of Debtor 2

   Date     **11/11/2016**                                   Date  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Herman E. Hoffman, Jr.**

Case No.  **16-32617**

Chapter  **12**

*AMENDED 11/11/2016*
# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...........................Hourly: Estimated Total    **$80,000.00**

Prior to the filing of this statement I have received.......................................................    **$3,000.00**    (See Attachment)

Balance Due............................................................Hourly: Approximately    **$77,000.00**

2. The source of the compensation paid to me was:

☐ Debtor          ☒ Other (specify)
**CCO Land, LLC**
**1370 State Highway 276**
**Emory, TX 75440-7068**

3. The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Adversary or other proceedings against others to benefit the bankrupty estate.**

---

<div style="border:1px solid black">

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __11/11/2016__ | __/s/ William A. Whittle__ | |
| :---: | :--- | :--- |
| *Date* | *William A. Whittle* | Bar No.  21407000 |
| | The Whittle Law Firm, PLLC | |
| | 308 Atrium Plaza I | |
| | 5151 Flynn Parkway | |
| | Corpus Christi, TX 78411 | |
| | Phone: (361) 887-6993 / Fax: (361) 887-6999 | |

</div>

   __/s/ Herman E. Hoffman, Jr.__
   *Herman E. Hoffman, Jr.*