William A. Whittle
Texas Bar No. 21407000
Fed. Id. No. 9285
The Whittle Law Firm, PLLC
5151 Flynn Parkway, Suite 308
Corpus Christi, Texas 78411
361-887-6993
w.whittle@whittlelawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| HERMAN E. HOFFMAN | § | |
| | § | CASE NO. 16-32617 |
| | § | |
| DEBTOR | § | |
| | § | (CHAPTER 12) |
| HERMAN E. HOFFMAN | § | |
| | § | |
| PLAINTIFF | § | |
| | § | ADVERSARY NO. 16-03145 |
| Vs. | § | |
| | § | |
| LESLIE "BUDDY" MAYBIN and | § | |
| KELLY MAYBIN | § | |
| | § | |

## NOTICE TO COURT

TO THE HONORABLE MARVIN ISGUR;:

NOW Comes, Plaintiff Herman E. Hoffman bring this Notice to the Court, and in support hereof shows the Court the following:

As of this date no one we have contacted will make an offer on the horses

Dated:  December 14,2016

        Respectfully Submitted,

        */s/ **William A. Whittle***
        William A. Whittle

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December , 2016, a true and correct copy of Notice to the Court was served via email to Portz, Portz & Pena @ portznportz@yahoo.com

/s/William A. Whittle
William A. Whittle