William A. Whittle
State Bar No. 21407000
Federal Admissions No. 9285
THE WHITTLE LAW FIRM, PLLC
5151 Flynn Pkwy., Suite 308
Corpus Christi, Texas 78411
Telephone: (361) 887-6993
Telecopier: (361) 887-6999
w.whittle@whittlelawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
|     HERMAN E. HOFFMAN § | | |
| § | CASE NO. 16-32617 | |
| § | | |
| § | (CHAPTER 12) | |
|     DEBTOR § | | |
| § | | |
| HERMAN E. HOFFMAN § | | |
| § | | |
|     PLAINTIFF § | | |
| § | ADVERSARY NO. 16-03145 | |
| Vs. § | | |
| § | | |
| LESLIE "BUDDY" MAYBIN and § | | |
| KELLY MAYBIN § | | |

**RESPONSE TO REQUEST TO ENTER JUDGMENT**

To the Honorable Marvin Isgur, United States Bankruptcy Judge:

    Debtor and Plaintiff Herman E Hoffman hereby makes his response to the Request to enter Judgment (Doc. 50 in Case No. 16-32617) filed by the Defendants on January 10, 2017.

    1.  By Notice filed December 14, 2016 (Doc. 45), Plaintiff advised the Court that no one he had contacted would make a bid on the horses. The reasons included a reticence to deal with Mr. Maybin.

2. The Plaintiff believes that Mr. Maybin breached his contract to purchase the horses for $120,000.00 and that Mr. Maybin should not be entitled to an offset for work he allegedly performed over 6 years prior to the contract date.

    Respectfully Submitted.

*William A. Whittle*
William A. Whittle
State Bar No. 21407000
Federal Admission No. 9285
THE WHITTLE LAW FIRM. PLLC
5151 Flynn Parkway, Suite 308
Corpus Christi, TX 78411
Telephone; (361) 887-6993
Telecopier: (361) 887-6999
w.whittle@whittlelawfirm.com
ATTORNEY FOR PLAINTIFF

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading was served by electronic notice to Chuck Portz, counsel of record, by email through the Bankruptcy Court's Electronic Filing System on the 17th day of January, 2017.

/s/ *William A. Whittle*
William A. Whittle