IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>    HERMAN E. HOFFMAN<br><br>DEBTOR | § § § § § § § § § | CASE No. 16-32617<br><br>(CHAPTER 12) |
| HERMAN E. HOFFMAN<br><br>PLAINTIFF<br><br>VS.<br><br>LESLIE "BUDDY" MAYBIN and<br>KELLY MAYBIN | § § § § § § § § § § | ADVERSARY No. 16-03145 |

## SECOND REQUEST TO ENTER JUDGMENT

**COMES NOW,** Defendants, LESLIE MAYBIN and KELLY MAYBIN and request this Court enter the proposed judgment filed herein in the above styled matter and would show this Court as follows;

Several deadlines were set by this Court, which were not met. The date to have the horses sold was February 7, 2017. There has been no sale or offer to purchase. Movants herein request this Court entertain this matter and enter judgment for the Maybin's.

Respectfully submitted,

_____
CHUCK PORTZ
SBOT No. 16163235
PORTZ, PORTZ & PEÑA
411 Fannin Street Suite 200
Houston, Texas 77002
Tel: (713) 223-5299
Fax: (713) 223-1901
Email - portznportz@yahoo.com

## CERTIFICATE OF SERVICE

I certify that on February 10, 2017 a true and correct copy of the Request to Enter Judgment was served via facsimile to WILLIAM WHITTLE at 361-887-6999.

_____
CHUCK PORTZ