IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § |
| Herman E. Hoffman | § CASE NO. 16-32617 |
|     Debtor | §     Chapter 12 |

## CHAPTER 12 TRUSTEE'S OBJECTION TO CONFIRMATION

David G. Peake, Chapter 12 Trustee, Objects to Confirmation of Debtor's Plan for the following reasons and upon the following grounds:

1. The Debtor's plan does not contain a feasibility analysis and as such, the Trustee cannot determine if the plan is feasible.

2. The Debtor's plan does not contain a payment schedule.

3. The Debtor's plan does not contain a proper liquidation analysis. Without proper values listed for all assets, The Trustee cannot determine whether the Plan complies with 11 U.S.C. §1225(a)(4).

4. The Debtor has not filed any monthly operating reports. The Debtor has not provided any financial information to the Trustee, and the Trustee cannot determine if the Debtor has any income to fund a plan.

5. Debtor's anticipated sources of revenue is vague and misleading.

6. The Debtor has not disclosed any income from his wife although the plan indicates that she will be contributing to the plan payments.

7. It appears that the Debtor's main plan is to sue people or companies to fund a plan.

8. The Plan as proposed does not comply with 11 U.S.C. §1225(a)(3).

9. The Plan as proposed does not comply with 11 U.S.C. §1225(a)(5). At least one secured creditor has objected to confirmation of the plan.

Wherefore, the Trustee requests the Court to deny confirmation of Debtor's plan, and to grant him such other and further relief to which he may be entitled.

Respectfully submitted,

David G. Peake, Chapter 12 Trustee

By: /s/ Richard W. Aurich, Jr. / TX Bar No. 00792339
9660 Hillcroft, Suite 430
Houston, TX 77096
713-283-5400
713-852-9084 (Fax)
Attorney for David G. Peake, Chapter 12 Trustee

## CERTIFICATE OF SERVICE

A copy of the above Objection to Confirmation was served on January 10, 2017, on all parties on the attached service list.

/s/ Richard W. Aurich, Jr.

```
Label Matrix for local noticing          SCC Realty Company, LTD              Southern Bancorp Bank
0541-4                                   1330 Blue Bell                       601 Main Street
Case 16-32617                            Houston, TX 77038-3012               Arkadelphia, AR 71923-6037
Southern District of Texas
Houston
Tue Jan 10 11:50:51 CST 2017

US Trustee                               4                                    Accelerated Genetics
Office of the U S Trustee                United States Bankruptcy Court       E10890 Penny Lane
515 Rusk Ave                             PO Box 61010                         Baraboo, WI 53913-9408
Ste 3516                                 Houston, TX 77208-1010
Houston, TX 77002-2604

Ayrshire Breeders's Association of Cana  Bank of Galesville                   COBA/Select Sires, Inc.
4865 boul.LaurierOuest.StHyacinth        16893 South Main Street              1224 Alton Darby Creek Road
Quebec, Canada J2S JV4                   Galesville, WI 54630-7704            Columbus, OH 43228-9792


CenterPoint Energy                       Centerville Steel Works LLC          Cereal Byproducts Company
P.O.Box 2628                             N15936 State Road 35                 55 East Euclip Avenue
Houston, TX 77252-2628                   Tempealeau, WI 54661-7210            Suite 410
                                                                              Mt. Prospect, Ill 60056-1285


Chris Hall                               Community Bank of Texas              Community Bank of Texas, NA
Custom Hay Bailing Services              c/o Eric Gould                       c/o Eric Gould
28003 Sapphire Court                     Law Office of Eric Gould             Law  Office of Eric Gould
Magnolia, TX 77355-3165                  5773 Woodway #184                    5773 Woodway #184
                                         Houston, TX 77057-1501               Houston, TX 77057-1501

Daniel Feuhs                             East Centrals/Select Sires Cooperative  Herman Hoffman
2194 Brackett Lane                       P.O.Box 191                          9950 League Line Road
Normangee, TX 77871-5032                 Waupun, WI 53963-0191                Conroe, TX 77304-3704



Kathleen E. Hoffman                      Kildare LLC                          Larry Majewski
9950 League Line Road                    Houston, TX                          101 South Creek Drive
Conroe, TX 77304-3704                                                         Bellville, TX 77418-3067



Law Office of Eric Gould                 Northside Elevator Cooperative       Post Oak Bank
5773 Woodway, # 184                      227 E. Spring Street                 Houston, TX
Houston, Teas 77057-1501                 P.O.Box 159
                                         Loyal, WI 54446-0159



Richard W Aurich Jr.                     SCC Realty Company, LTD.             Southern Bancorp Bank
9660 Hillcroft, Ste 430                  % Mr. David L. Gilley                425 Plaza Street
Houston, Texas 77096-3860                1330 Blue Bell Road                  Helena-West Helena, AR 72390
                                         Houston, Texas 77038-3012            note 72390-2542


Southern Bancorp Bank Note 2             Southern Bancorp Bank Note 3         Trans Ova Genetics
Plaza Street Office                      Plaza Street Office                  2938 380th Street
425 Plaza                                426 Plaza                            Sioux Center, IA 51250-7514
Helena-West Helena, AK 72390             Helena-West Helena, AR 72390-2541
Note 72390-2542
```

| | | |
|---|---|---|
| Trans Ova Genetics, LC<br>c/o Joel Vos, Heidman Law Firm<br>1128 Historic Fourth Street<br>P.O. Box 3086<br>Sioux City, IA 51102-3086 | Tri State Breeders Cooperative dba Accelerat<br>E108900 Penny Lane<br>Baraboo, WI 53913 | Veterinary Medical Teaching Hospital<br>2015 Linden, Drive<br>Madison, WI 53706-1102 |
| Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines   IA     50306-0438 | Wisconsin Holstein Assn. Inc.<br>902 Eighth Street<br>Baraboo, WI 53913-1720 | David G Peake<br>Chapter 13 Trustee<br>9660 Hillcroft<br>Suite 430<br>Houston, TX 77096-3860 |
| Herman E Hoffman<br>9950 League Line Road<br>Conroe, TX 77304-3704 | Tracy LeRoy Houston Society for the Preventi<br>Sidley Austin LLP<br>1000 Louisiana Street<br>Suite 6000<br>Houston, TX 77002-6004 | William Arthur Whittle<br>Attorney at Law<br>5151 Flynn Pkwy<br>Ste 308<br>Corpus Christi, TX 78411-4318 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Community Bank of Texas, N.A., successor i | (u)Community Bank of Texas, N.A. | (d)Kathleen E. Hoffman<br>9950 League Line Road<br>Conroe, TX 77304-3704 |
| (d)Kathleen E. Hoffman<br>9950 League Line Road<br>Conroe, TX 77304-3704 | (u)Larry Spanns Trucking<br>3409 Elmwood Avenue<br>Rock Valley, WI | (d)SCC Realty Company<br>1330 Blue Bell<br>Houston, TX 77038-3012 |
| (d)Southern Bancorp Bank<br>601 Main Street<br>Arkadelphia, AR 71923-6037 | (u)Leslie Maybin | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     8<br>Total                   46 |