

William A. Whittle
State Bar No. 21407000
Federal Admissions No. 9285
THE WHITTLE LAW FIRM, P.L.L.C.
5151 Flynn Pkwy., Suite 308
Corpus Christi, Texas 78411
Telephone: (361) 887-6993
Telecopier: (361) 887-6999
w.whittle@whittlelawfirm.com

ENTERED
02/16/2017

# United States Bankruptcy Court
## Southern District Of Texas
## Houston Division

| | |
|---|---|
| In re § | |
| Herman E. Hoffman, Jr. § | Case No. 16-32617 |
| Debtor § | |
| § | Chapter 12 |
| § | |

### ORDER CONTINUING HEARING ON
### TRUSTEE'S MOTION TO DISMISS  (DOC NO. 48)

Came on to be considered, Debtor's Motion to Continue Hearing on Trustee's Motion to Dismiss (Doc No. 48) and there being no opposition to a continuance, it is hereby

ORDERED that the hearing on Chapter 12 Trustee's Motion to Dismiss (Doc No. 48) scheduled to be held on Tuesday, February 28, 2017 at 10:30 o'clock p.m. in Houston, Texas, is hereby continued and reset to March 8, 2017 at 9:00 a.m. in Courtroom 404, Houston, Texas.

Signed:

February 16, 2017

_____
Marvin Isgur
United States Bankruptcy Judge